[No. 9424–6–I.  Division One.  July 12, 1982.]

RICHARD STEVENS, ET AL, *Appellants,* v. SNOHOMISH COUNTY BOUNDARY REVIEW BOARD, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-2–02744–8, Stuart C. French, J., entered September 25, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J, and Callow, J.

[Nos. 5274–1–II; 5289–0–II; 5321–7–II.  Division Two.  July 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. EVAN DEPAUL WILLIAMS, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Clark County, No. 80–1–00433–6, Thomas L. Lodge, J., entered November 4, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 5527–9–II.  Division Two.  July 12, 1982.]

*In the Matter of the Welfare of*
KEVIN D. KOHL, ET AL.

Appeal from a judgment of the Superior Court for Pierce County, No. 30626, Paul M. Boyle, J. Pro Tem., entered April 3, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.